UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUAN ZAPIEN-PACHECO,                )
                                    )
        Movant,                     )
                                    )
v.                                  )          Case No. CV416-152
                                    )                   CR413-129
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.      Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

        **SO ORDERED** this ___ day of _____, 2016.

                                    _____
                                    **LISA GODBEY WOOD, CHIEF JUDGE**
                                    **UNITED STATES DISTRICT COURT**
                                    **SOUTHERN DISTRICT OF GEORGIA**